UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Hon. Brian R. Martinotti |
| v. | : |
| | : Criminal No. 24-712 (BRM) |
| CHRISTOPHER J. GALLO | : |
| | : |

**ORDER**

Upon the application of the United States of America, by Alina Habba, Acting United States Attorney and Special Attorney to the United States Attorney General (Christopher Fell, Assistant U.S. Attorney, appearing), and defendant Christopher J. Gallo (Michael S. Weinstein, Esq., appearing), for an order enjoining AAA Case Number 01-25-0005-5239,

It is on this 24 day of November, 2025, hereby

ORDERED that the parties' request to enjoin and stay AAA Case Number 01-25-0005-5239 is hereby GRANTED; and it is further

ORDERED that the Court provides a copy of this Order to all counsel of record via CM/ECF on this date and counsel for Defendant is directed to serve a copy of this Order within seven (7) days of the date hereof on all parties to AAA Case Number 01-25-0005-5239.

IT IS SO ORDERED this 24 day of November, 2025:

*Brian R. Martinotti*
HON. BRIAN R. MARTINOTTI
United States District Judge

67775/0001-51862364