

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ  08807
T: 908-722-0700
F: 908-722-0755
tslocum@norris-law.com
Direct Dial: (908) 252-4249

December 3, 2025

**Via ECF & Overnight Mail**

Honorable Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square, Courtroom PO 01
Newark, New Jersey 07102

      Re:    *United States v. Christopher Gallo*,
             24-cr-712 (BRM)

Dear Judge Martinotti:

      This law firm represents proposed Intervenor CrossCountry Mortgage LLC.  Enclosed, please find a copy of CrossCountry Mortgage LLC's motion to intervene and vacate the Order staying arbitration, and all supporting papers, contemporaneously filed on PACER in this matter on December 3, 2025.

      Respectfully submitted,

      **NORRIS McLAUGHLIN, P.A.**
      *Attorneys for CrossCountry Mortgage LLC*

By:_____
      Thomas B. Slocum

CC:  All Counsel of Record (Via ECF)



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA
WWW.NORRISMCLAUGHLIN.COM