**Thomas B. Slocum, Esq.**
**NORRIS McLAUGHLIN, P.A.**
400 Crossing Blvd, 8th Floor
Bridgewater, New Jersey 08807-5933
Main:  908-722-0700
Direct: 908-252-4249
Email: tslocum@norris-law.com
*Attorneys for Intervenor CrossCountry Mortgage LLC*

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. GALLO,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Criminal No. 24-712 (BRM)<br><br>**NOTICE OF MOTION TO INTERVENE AND VACATE ORDER STAYING ARBITRATION** |

To:    U.S. Department of Justice
       U.S. Attorney's Office for the District of New Jersey
       Christopher Fell, Assistant U.S. Attorney
       970 Broad Street, Suite 700
       Newark, New Jersey 07102
       *Attorneys for the United States of America*

              and

       Cole Schotz, P.C.
       Michael s. Weinstein, Esq.
       25 Main Street
       Court Plaza North
       Hackensack, New Jersey 07602
       *Attorneys for Defendant Christopher J. Gallo*

**COUNSEL:**

**PLEASE TAKE NOTICE** that, on a date to be determined by the Court, the undersigned attorneys for Intervenor CrossCountry Mortgage LLC shall move before the United States District Court for the District of New Jersey for the entry of an Order granting CrossCountry Mortgage LLC's instant Motion to Intervene and Vacate the Court's November 24, 2025 Order Staying Arbitration.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, CrossCountry Mortgage LLC will rely upon the accompanying Memorandum of Law, Declaration of Thomas B. Slocum, and all exhibits and attachments thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith and that oral argument is requested if opposition hereto is timely filed.

                                          **NORRIS McLAUGHLIN, P.A.**
                                          *Attorneys for Intervenor,*
                                          *CrossCountry Mortgage LLC*

                                          By: /s/ Thomas B. Slocum
                                                  Thomas B. Slocum, Esq.

Dated:  December 3, 2025

**CERTIFICATION OF SERVICE**

      I, Thomas B. Slocum, certify that on December 3, 2025, a copy of the within Motion to Intervene and to Vacate Order Staying Arbitration and all supporting and accompanying papers were served on all counsel of record via CM/ECF and a courtesy copy of said motion papers was mailed via overnight mail to Hon. Brian R. Marinotti, U.S.D.J.

                                                                        By: /s/ Thomas B. Slocum
                                                                              Thomas B. Slocum, Esq.