

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536 fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

Michael S. Weinstein
Member
Admitted in NJ, NY and DC

Reply to New Jersey Office
Writer's Direct Line: 201.525.6321
Writer's Direct Fax: 201.678.6321
Writer's E-Mail: MWeinstein@coleschotz.com

December 23, 2025

**Via CM/ECF Filing**

Honorable Brian Martinotti, U.S.D.J.
United States District Court for the District of New Jersey
U.S. Courthouse and Post Office
2 Federal Square
Newark, New Jersey 07101

      **Re:**    *USA v. Gallo*, Crim. Action No. 24-712

Dear Judge Martinotti:

      This firm represents Christopher J. Gallo in the above-referenced matter. As a supplement to Mr. Gallo's Opposition[1] to CrossCountry Mortgage, LLC's ("CCM") Motion to Intervene and Vacate the Order Staying Arbitration,[2] Mr. Gallo writes to advise the Court that he has received the correspondence attached hereto as **Exhibit A** from the American Arbitration Association ("AAA"), confirming that AAA arbitration Case No. 01-25-0005-5329 filed by CCM against Mr. Gallo will be stayed pending the resolution of this criminal action, pursuant to this Court's Order dated November 24, 2025.[3]

      As always, the Court's time and attention to this matter are greatly appreciated.

      Respectfully submitted,

      COLE SCHOTZ P.C.

      */s/ Michael S. Weinstein*

      Michael S. Weinstein

cc:    All Counsel of Record (via email and CM/ECF)

---

[1] *See* ECF No. 108.
[2] *See* ECF No. 100.
[3] *See* ECF No. 99.