**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 2:24-cr-00712 (BRM) |
| CHRISTOPHER J. GALLO and MEHMET ALI ELMAS, | **ORDER** |
| Defendants. | |

**THIS MATTER** is before the Court on Third-Party CrossCountry Mortgage's ("CCM")

Motion to Intervene and Vacate (the "Motion") (ECF No. 100) the Court's November 24, 2025 Order

(ECF No. 99). Defendant Christopher J. Gallo ("Defendant") filed an Opposition (ECF No. 108),

which the Government joined (ECF No. 112). CCM filed a Reply. (ECF No. 116.) Having reviewed

and considered the submissions filed in connection with the Motion and having held oral argument

on March 26, 2026 (ECF No. 124), for the reasons set forth in the accompanying Opinion and for

good cause having been shown,

**IT IS** on this 16th day of June 2026,

**ORDERED** that CCM's Motion (ECF No. 100) is **GRANTED** to the extent it requests

intervention in this action for the limited purpose of responding to the Request to Stay the AAA

Arbitration (ECF No. 98) and the November 24, 2025 Order granting same (ECF No. 99); and it is

further

**ORDERED** that CCM's Motion (ECF No. 100) is **GRANTED** to the extent it requests

reconsideration of the November 24, 2025 Order; and it is further

1

**ORDERED** that CCM's Motion (ECF No. 100) is **DENIED** to the extent it requests the Court to vacate the November 24, 2025 Order.

/s/ Brian R. Martinotti
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**