NORRIS McLAUGHLIN | P.A.
ATTORNEYS AT LAW

**Thomas B. Slocum, Esq.**
400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807
T: 908-722-0700
F: 908-722-0755

*Direct Dial: 908-252-4249*
*Email: tslocum@norris-law.com*

August 19, 2026

**VIA ELECTRONIC FILING**

Honorable Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square, Courtroom PO 01
Newark, New Jersey 07102

**RE:** ***United States v. Christopher Gallo***
**Criminal No. 24-cr-712 (BRM)**

Dear Judge Martinotti:

This law firm represents Intervenor CrossCountry Mortgage LLC ("CCM") in the above-referenced matter. Presently pending before Your Honor is CCM's motion for reconsideration (ECF 136) of the Court's June 12, 2026 Order (ECF 132) denying CCM's earlier motion to vacate the Court's November 24, 2025 Order staying the pending civil arbitration between CCM and Defendant Christopher Gallo. CCM's motion for reconsideration is currently returnable September 8, 2026.

The parties are currently working towards resolution of the matter. Thus, both CCM and Mr. Gallo respectfully jointly request that CCM's motion for reconsideration be adjourned two motion cycles, to be returnable October 5, 2026 – with opposition due September 21, 2026, and reply due September 28, 2026.

We thank Your Honor for your consideration and attention to this matter. Should Your Honor have any questions about the foregoing, I can be available to address them.

Respectfully submitted,

NORRIS McLAUGHLIN, P.A.

/s/ *Thomas B. Slocum*
Thomas B. Slocum, Esq.

TBS:mc